IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL JAMES STOREY,<br><br>Defendant. | CR 26–08–M–DLC–6<br><br><br>ORDER |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's

Findings & Recommendation Concerning Plea. (Doc. 112.) Because neither party

objected, they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United*

*States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court

reviews the Findings and Recommendation for clear error. *McDonnell Douglas*

*Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear

error exists if the Court is left with a "definite and firm conviction that a mistake

has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Michael James Storey is charged with one count of Conspiracy to Distribute

and to Possess with the Intent to Distribute Methamphetamine, in violation of

Title 21 U.S.C. § 846 and Title 21 U.S.C. § 851 (Count I) and one count of

Possession with Intent to Distribute Methamphetamine, in violation of Title 21

1

U.S.C. § 841(a)(1) (Count II). (Doc. 1.) Judge DeSoto recommends that this Court accept Storey's guilty plea as to Count II after Storey appeared before her pursuant to Federal Rule of Criminal Procedure 11. The Court finds no clear error in Judge DeSoto's Findings and Recommendation and adopts them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Judge DeSoto's Findings and Recommendation (Doc. 143) is ADOPTED in full.

IT IS FURTHER ORDERED that Storey's motion to change plea (Doc. 112) is GRANTED.

IT IS FURTHER ORDERED that Storey is adjudged guilty as charged in Count II of the Indictment.

DATED this 1st day of June, 2026.

Dana L. Christensen, District Judge
United States District Court

2